the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

■■■■■

THE EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK CITY POLICE PENSION FUND, Respondent.

Submitted December 19, 2011; decided February 14, 2012

Reported below, 88 AD3d 520.

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

■■■■■

THE EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK CITY POLICE PENSION FUND, Respondent.

Submitted December 27, 2011; decided February 14, 2012

Reported below, 88 AD3d 520.

Motion by the Albany Times Union et al. for leave to file a brief amici curiae on the motion for leave to appeal herein denied.

■■■■■

BERNARD H. GLATZER, Appellant, v BEAR, STEARNS & CO., INC., et al., Respondents.

Decided February 14, 2012

Reported below, 2011 NY Slip Op 85629(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

■■■■■

SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 27, 2011; decided February 14, 2012

Reported below, 2011 NY Slip Op 88906(U).

Motion, insofar as it seeks leave to appeal from the Court of Claims judgment, dismissed upon the ground that it does not lie (see CPLR 5602); motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion